UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| REASSIGNMENT OF CASES : | |
| UPON THE RETIREMENT OF | Miscellaneous No. 23-3003 |
| THE HONORABLE ERIC L. FRANK : | |
| : | |

## NOTICE

AND NOW, this 1st day of March, 2023, NOTICE is hereby given THAT:

All pending bankruptcy cases and adversary proceedings listed on the documents attached hereto as Exhibits A through C are reassigned from the docket of Judge Eric L. Frank to the respective dockets of Chief Judge Magdeline D. Coleman, Judge Ashely M. Chan, and Judge Patricia M. Mayer.

On Behalf of the Court:

Timothy B. McGrath
Clerk, United States Bankruptcy Court